UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 13- |
| v. | : | |
| | : | UNDER SEAL |
| HOWARD E. PERSON, JR., | : | |
| Defendant | : | |

GOVERNMENT'S MOTION TO SEAL THE CRIMINAL
INDICTMENT AND OTHER PLEADINGS, WARRANTS, FILES, AND RECORDS, AND
TO DELAY ENTRY ON THE PUBLIC DOCKET OF THE FILINGS OF THIS
MOTION TO SEAL AND ALL RELATED MATTERS

The United States, by and through its attorney, Ronald C. Machen Jr., the United States Attorney for the District of Columbia, hereby respectfully submits this motion to seal the accompanying criminal Indictment, bench warrant, as well as all other pleadings, warrants, records and files in this case, including the instant motion to seal and any order to seal, and to delay entry on the public docket of this motion to seal and all related matters. In support of this motion, the government states as follows:

The defendant has been indicted for fraud, theft, and related offenses relating to an embezzlement scheme. The indictment charges that the defendant stole $3 million from his employer by diverting money into a "secret" account which he set up without the knowledge or permission of the owner of the company. The indictment further charges that the defendant created false financial documents to conceal the theft.

Law enforcement believes that the defendant is not aware of the criminal Indictment and that disclosure of the Indictment and bench warrant in the public records may hinder law

enforcement's efforts in apprehending the defendant, result in flight from prosecution, tampering with or destruction of evidence, and witness intimidation. It is noted that the defendant has a hotel reservation at a resort in the Dominican Republic beginning August 4, 2013, and has additional international resort reservations for the remainder of the year. Accordingly, it is essential that any information concerning the defendant having a pending case in this district be kept sealed for the time being.

Based upon the nature of the ongoing criminal investigation, the government submits that public disclosure of the indictment and bench warrant would likely compromise the criminal investigation by: (1) alerting the defendant of the indictment; and (2) causing the defendant to flee, and to tamper with or to destroy documents and other evidence, or to intimidate witnesses.

Accordingly, the government submits that under Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), these facts present an extraordinary situation and a compelling governmental interest which justify not only the sealing of the criminal indictment and all other pleadings, warrants, records, and files in this case, but also a delay in the public docketing of the filing of these sealed pleadings and the accompanying order until the government represents that it can continue its criminal investigation without substantial risk that it would be jeopardized due to the

public docketing of the fact that sealed pleadings have been filed in this case.

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

RONALD C. MACHEN JR.
Bar No. 447889
United States Attorney

By: _____
VIRGINIA CHEATHAM
Assistant U.S. Attorney
Bar No. 411980
Virginia.cheatham@usdoj.gov
555 4th Street, N.W., Room 5836
Washington, D.C. 20530
(202) 252-7820